JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

MIGUEL MARTIN PENA-RAMIREZ,
Petitioner,
v.
DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,
Respondents.

Case No. 5:26-cv-06349-KES

**JUDGMENT**

Pursuant to the Court's Order Granting the Petition in Part and Ordering Respondents to Provide Petitioner With a Bond Hearing Within 30 days, IT IS ADJUDGED that the Petition is granted in part and denied in part.

DATED: November 18, 2026

Karen E. Scott
KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE